IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE L. WOITASZEWSKI,<br><br>Defendant. | **8:20CR308**<br><br>ORDER |

The court, having granted Motion to Withdraw as Counsel (Filing No. 184), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Daniel R. Stockmann, 6035 Binney Street, Omaha, NE 68104, (402) 884-1031, is appointed to represent Katherine L. Woitaszewski for the balance of these proceedings pursuant to the Criminal Justice Act. The Federal Public Defender shall forthwith provide Daniel R. Stockmann any discovery materials provided to the defendant by the government and any such other materials obtained by the Federal Public Defender which are material to Katherine L. Woitaszewski's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Daniel R. Stockmann.

DATED this 9th day of October, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge